

# Fourth Court of Appeals

## San Antonio, Texas

December 6, 2019

No. 04-19-00764-CV

Nancy **ALANIS,**
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION** as Trustee for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006-NC3 Mortgages Pass Through Certificates, Series 2006 NC3, Mackie Wolf Zientz &
Mann, PC, and Ocwen Loan Servicing, LLC.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03042
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On October 31, 2019, appellant filed an "Amended Notice of Appeal and/or Motion to
Extend Time to File Notice of Appeal and Notice of Plea to the Jurisdiction." Because
appellant's notice of appeal was timely filed, this court has jurisdiction to consider the appeal,
and appellant's motion to extend time is DENIED AS MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 6th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court